UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' PENSION TRUST
FUND OF LOCAL UNION #58, IBEW; ELECTRICAL
WORKERS' JOINT BOARD OF TRUSTEES'
VACATION FUND; ELECTRICAL WORKERS'
INSURANCE FUND; SUPPLEMENTAL
UNEMPLOYMENT BENEFIT FUND OF THE
ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND;
NECA-IBEW LOCAL LABOR-MANAGEMENT          Case No. 07-13338
COOPERATION FUND; and NATIONAL
ELECTRICAL BENEFIT FUND,                  Hon. George Caram Steeh

      Plaintiffs,
v

ACADEMY ELECTRIC, LLC,

      Defendant.
      _____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Ian R. Dunn**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Ian R. Dunn, managing member of Academy Electric, LLC ("Defendant"), whose address is 2834 Novik Lane, Brighton Township, Michigan 48114, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria

Officentre, Suite 444, Southfield, Michigan 48034, on **Wednesday, August 27, 2008 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Amended Judgment for Plaintiffs entered herein against Defendant on July 8, 2008.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Academy Electric, LLC:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by, or on behalf of, Defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

6. Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

7. All Electrical Workers' Fringe Benefit Funds' contribution reports not previously submitted to the Electrical Workers' Joint Board of Trustees for the period January 1, 2007 to the current date.

IT IS FURTHER ORDERED that said Defendant, Academy Electric, LLC, and its officers, managers and members, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

Dated: July 28, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 28, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk