UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

ELECTRICAL WORKERS' PENSION TRUST
FUND OF LOCAL UNION #58, IBEW, *et al*,

    Plaintiffs,

v

ACADEMY ELECTRIC, LLC,

    Defendant.
_____/

Case No. 07-13338

Hon. George Caram Steeh

## **ORDER TO SHOW CAUSE-IAN R. DUNN**

THIS MATTER is before the Court on the Application of Craig E. Zucker, one of the attorneys for Plaintiffs in the above matter, for Order to Show Cause. The Court has reviewed the same and finds good cause for entry of this Order, and is otherwise fully advised in the premises,

NOW, THEREFORE;

IT IS ORDERED that Ian R. Dunn appear before the Honorable George Caram Steeh, United States District Judge, on **December 18, 2008 at 10:00 a.m.**, at the Federal Building and U.S. Courthouse, 231 W. Lafayette, Courtroom #236, Detroit, Michigan 48226, to show cause why he should not be adjudged in contempt of this Court for Academy Electric, LLC's failure to comply with the provisions of this Court's Judgment entered July 8, 2008 by failing to submit required fringe benefit contribution reports, failing to make payment thereunder, failing to continue to timely submit fringe benefit contribution reports, and failing to obtain the contractually required surety bond.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Ian R. Dunn by firmly affixing a copy of said Order to the address of Academy Electric, LLC at 2834 Novik Lane, Brighton Township, Michigan 48114 and by forwarding copies of same to said address, certified mail, return receipt requested, and first class mail, in plain white envelopes with no return address.

Dated: November 17, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
and Ian R. Dunn, on
November 17, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk